UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODERICK JAMES WARFIELD, | No. 2:17-cv-2622 KJN P |
| Plaintiff, | |
| v. | ORDER |
| KENNEY BRADLEY, et al., | |
| Defendants. | |

Plaintiff, a former jail inmate, is now housed in the Napa State Hospital, and filed a civil rights action pursuant to 42 U.S.C. § 1983. On December 19, 2017, plaintiff was directed to either pay the court's filing fee, or to file an application to proceed in forma pauperis. On December 28, 2017, plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the application was not completed by prison officials, and plaintiff did not file a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the opportunity to submit a certified copy of his inmate trust account statement.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's

1

failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: January 5, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/warf2622.3c