UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODERICK WARFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENNEY BRADLEY, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-2622 KJN P<br><br><br>ORDER |

Plaintiff is a prisoner, proceeding pro se. On January 22, 2018, plaintiff's complaint was dismissed with leave to amend within thirty days, and he was provided a "Notice of Amendment" form to accompany his amended complaint. (ECF No. 7 at 5.) However, on January 29, 2018, plaintiff filed the notice of amendment form, crossing out the words, "of Amendment" and writing, "Accept as Original Complaint." (ECF No. 10.) Plaintiff claimed to submit "the following document in compliance with the court's order filed 1/22/18," and signed the one page document under penalty of perjury.

Plaintiff is advised that his January 29, 2018 filing is insufficient to constitute a pleading. Other than the defendant named in the caption, plaintiff fails to identify the parties he intends to sue, and the filing contains no factual allegations. Therefore, the court is unable to construe the filing as a complaint, original or amended. Plaintiff is granted an extension of time in which to file an amended complaint that complies with the January 22, 2018 order. The Clerk of the Court

is directed to send plaintiff the form for filing a civil rights complaint by a prisoner. Plaintiff is required to file any amended pleading on the court's form, and is admonished that failure to file an amended complaint in compliance with this order or the prior screening order shall result in the dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days in which to file an amended complaint that complies with the January 22, 2018 order; such amended complaint shall be filed on the court's form; and

2. The Clerk of the Court is directed to send plaintiff the form for filing a civil rights action by a prisoner.

Dated: February 14, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/warf2622.ext