1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  BRODERICK WARFIELD,                    No.  2:17-cv-2622 KJN P

12              Plaintiff,

13       v.                                ORDER AND FINDINGS &
                                           RECOMMENDATIONS
14  KENNEY BRADLEY, et al.,

15              Defendants.

16

17         By order filed January 22, 2018, plaintiff's complaint was dismissed and thirty days leave

18  to file an amended complaint was granted.  On February 14, 2018, plaintiff was granted an

19  additional thirty days in which to file an amended complaint.  Thirty days from that date have

20  now expired, and plaintiff has not filed an amended complaint or otherwise responded to the

21  court's order.

22         In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is

23  directed to assign a district judge to this case; and

24         IT IS RECOMMENDED that this action be dismissed without prejudice.  See Local Rule

25  110; Fed. R. Civ. P. 41(b).

26         These findings and recommendations are submitted to the United States District Judge

27  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

28  after being served with these findings and recommendations, plaintiff may file written objections

                                            1

with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 27, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/warf2622.fta